IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No.   3:19-CR-137 (4) |
| vs. | : | HONORABLE WALTER H. RICE |
| Bogle, Kris | : | |
| Defendant | : | |

### ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on August 28, 2020 and adds the following condition:

1. *The defendant must participate in mental health treatment as directed by the Pretrial Services Officer.*

All other bond conditions remain in full force and effect.

Date:   10-23-2020

*Walter H. Rice*  (tp - per Judge Rice authorization after his review)

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT COURT JUDGE